GOTZIAN (OWENS v.). See Case No. 10,-634.

GOUGHNOUR (UNITED STATES v.). See Case No. 15,238.

════════

## Case No. 5,634.

### GOUGHRAN v. ONE HUNDRED AND FIFTY-SEVEN TONS OF COAL.

[Cited in The Mary E. Taber, Case No. 9,209. Nowhere reported; opinion not now accessible.]